Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Thomas Lia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS LIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:25-cv-00163-CLB<br><br>ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE CARLA BALDWIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Thomas Lia ("Lia") be awarded attorney fees in the amount of SEVEN THOUSAND FIVE

1  HUNDRED dollars ($7,500.00) under the Equal Access to Justice Act (EAJA), 28
2  U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED AND FIVE
3  dollars ($405.00) under 28 U.S.C. § 1920.  This amount represents compensation
4  for all legal services rendered on behalf of Plaintiff by counsel in connection with
5  this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

6  After the Court issues an order for EAJA fees to Lia, the government will
7  consider the matter of Lia's assignment of EAJA fees to Marc Kalagian.  The
8  retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to
9  *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment
10 will depend on whether the fees are subject to any offset allowed under the United
11 States Department of the Treasury's Offset Program.  After the order for EAJA fees
12 is entered, the government will determine whether they are subject to any offset.

13 Fees shall be made payable to Lia, but if the Department of the Treasury
14 determines that Lia does not owe a federal debt, then the government shall cause
15 the payment of fees, expenses and costs to be made directly to Law Offices of
16 Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Lia.[1]
17 Any payments made shall be delivered to Law Offices of Lawrence D. Rohlfing,
18 Inc., CPC. Counsel agrees that any payment of costs may be made either by
19 electronic fund transfer (ETF) or by check.

20 This stipulation constitutes a compromise settlement of Lia's request for
21 EAJA attorney fees, and does not constitute an admission of liability on the part of
22 Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
23 constitute a complete release from, and bar to, any and all claims that Lia and/or

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Marc Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc Kalagian and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 22, 2025    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY:_____
Marc V. Kalagian
Attorney for plaintiff
THOMAS LIA

DATED: October 22, 2025        SIGAL CHATTAH
United States Attorney


/s/ *David Priddy*
_____
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE: October 23, 2025

_____
THE HONORABLE CARLA BALDWIN
UNITED STATES NEVADA JUDGE

-3-